IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: ) | Case No. 14-32036 | |
| ) | | |
| GENE E. SMITH ) | Chapter 13 | |
| Debtor(s) ) | | |

## DETAILS OF CHAPTER 13 PLAN
## FOR CASES FILED ON OR AFTER MARCH 1, 2013

The following information supplements and details the specific provisions of the debtors(s) plan, are incorporated therein, and should be read together with the attached Chapter13 plan.

### APPLICABLE MOTIONS

**Check the motions applicable to this plan.**
(X ) Motion to Value Liens Includes Valuation of Property Securing A Claim
( ) Motion to Value Liens Includes Valuation of Property Securing A Claim in an Amount Less than the Amount of the Claim
( ) Motion to Avoid Liens §522(f)
( ) Motion to Assume Executory Contracts(s) and Unexpired Leases
( ) Motion to Reject Executory Contract(s) and Unexpired Leases
( ) No Motions Applicable to this Plan

### PLAN PAYMENTS; ADMINISTRATIVE COSTS

1. a. The plan proposes to pay $ **1,503.00** per month for **60** months (est. Payout to unsecureds ___%) OR for _____% payout to unsecureds.
   b. If applicable, the plan will also be funded by:_____
   c. The attorney for the debtor(s) has received $**400.00** of the total base attorney fee of $**3,900.00**

### CLASSIFICATION AND TREATMENT OF CLAIMS

2. **Secured Claims**
   a.. Treatment of Secured Claims [using treatment terms shown in ¶ 4a of the Plan attached]:

| Creditor | Collateral | Value of Coll. | Claim amt. | Treatment | Int. rate(numeric) |
|---|---|---|---|---|---|
| 1. Ocwen Loan | House & lot* | $146,100.00 | $135,236.00 | Conduit | |
| 2. NC Foreclosure Prevention | House & lot* | 146,100.00 | $19,000.00 | Direct | |
| 2. Asset Venture | House & lot* | $146,100.00 | $45,000.00 | Avoidance | |
| 3. IRS | House & lot* | $146,100.00 | $15,977.00 | As Valued | 5.25% |
| 4. IRS | House & lot* | $146,100.00 | $5,309.00 | As Valued | 5.25% |
| 5. NC Dep of Rev | House & lot* | $146,100.00 | $1,661.00 | As Valued | 5.25% |

*House & lot located @ 12238 Wallace Ridge Drive, Charlotte, NC 28269

   b. Monthly Conduit Payment

| Creditor | Monthly conduit payment |
|---|---|
| 1. Ocwen Loan Servicing | $909.17 |

   c. Pre-petition arrearages, if any to be paid through the Chapter 13 Trustee:

| Creditor | Collateral | Pre-petition arrearage |
|---|---|---|
| 1. | | |

d. Pay Interest on Mortgage arrears?  Yes ____   No **X** __  If yes, interest rate: _____%

e. Insurance information for secured claims (real property or motor vehicles)

| Collateral | Insurance Agent and Address | Vehicle Mileage | VIN. |
|---|---|---|---|
| 1. House & lot* | Geico Insurance | | |

3. **Priority Claims**

   a. Section 507(a)(2-10) Priority Claims other than DSO's   [X ] None **OR**

| Name | Claim Amount |
|---|---|

   b. Domestic Support Obligations ("DSOs") [**X** ] None OR

| Name of Holder | Address (incl. City, state, zip code) | Telephone | Amt. of Any Pre-Petition Arrearage |
|---|---|---|---|

4. **Special Terms**

   a. [ ] None

   b. Brief Comment Explaining Direct Payment Treatment for Secured Claims under Paragraph 2(a)

   c. Special Treatment of Unsecured Claims and Explanation of Treatment

   d. Other Special Terms: **Debtor proposes direct payment to NC Foreclosure Prevention because under the term of the agreement, debtor is not required to pay the obligation as long as he remains in the property.**

5. **Plan Motions**

   (a)   Section 522(f) Personal Property and Household Goods Lien Avoidance:

| Creditor | Acct. # Last 4 Digits | Debt Amount | Description of Property |
|---|---|---|---|

   (b)   Section 522(f) Judicial Lien Avoidance

| Creditor | Judgment Bk & Pg | Registry | Judgment Date | Judgment Lien Amt. |
|---|---|---|---|---|

   Real property to which the lien attaches:
   Value of debtor(s) **equity** in this real property **before judgment** is: $
   Amount of exemption **available to** claim in the real property: $

   (c)   Assumption or Rejection of Executory Contracts and Unexpired Leases

| Creditor | Assume of Reject | Amt. of Arrears in Plan | # of Months To Cure |
|---|---|---|---|

**[YOU MAY DELETE SECTIONS OF THIS PLAN DETAIL FORM THAT ARE NOT APPLICABLE TO THE DEBTOR(S) PLAN]**