FILED & JUDGMENT ENTERED
Steven T. Salata

May 08 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gene E. Smith ) | |
| ) | Case No: 14-32036 |
| ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |

### ORDER STRIKING DEFECTIVE CM/ECF DATA ENTRY OR FILING

**THIS MATTER** having come before the Court as a result of movant's failure to correct the alleged Amended Schedule C entered on the Court Docket as Document Number 29 filed in the above-mentioned case on 4/02/2015, and said matter having been noticed by the Court to all parties in interest and having been considered by the Court;

**NOW, THEREFORE, IT IS ORDERED** that the above-referenced document is **STRICKEN FROM THE RECORD AS NULL AND VOID** without prejudice to the parties.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**