UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GENE E. SMITH | * | CHAPTER 13 PROCEEDINGS |
| SSN: XXX-XX-1391 | * | CASE NO.: 14-32036 |
| | * | |
| Debtor. | * | |

*******************************
**************************************************************************

## NOTICE OF WITHDRAWAL OF CLAIM # 10
## THE CUMMINGS LAW FIRM, P.A.

**TAKE NOTICE** that debtor's Claim # 10 of the Cummings Law Firm, P.A. filed on June 3, 2015 is hereby withdrawn.

This the 8th day of June, 2015.

_____
Sandra U. Cummings
The Cummings Law Firm, P.A.
Attorney for the Debtor
1230 W. Morehead Street, Suite 404
Charlotte, North Carolina 28208
Telephone: (704) 376-2853
North Carolina State Bar #: 7678

UNITED STATES BANKRUPTCY COURT DIVISION
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GENE E. SMITH | * | CHAPTER 13 PROCEEDINGS |
| SSN: XXX-XX-1391 | * | CASE NO.: 14-32036 |
| | * | |
| | * | |
| | * | CERTIFICATE OF SERVICE |
| Debtors. | * | |
| | * | |

**********************************************
****************************************************************************

I hereby certify that I have this day served the following persons with a copy of the foregoing **NOTICE OF WITHDRAWAL OF CLAIM # 10 THE CUMMINS LAW FIRM, P.A.** by depositing a copy of same by Regular Mail / Electronic Filing, in the manner prescribed by Rule 5 of the Rules of Civil Procedure:

Mr. Warren L. Tadlock               Mr. Gene E. Smith
Standing Trustee                    12238 Wallace Ridge Drive
5970 Fairview Road, Suite 650       Charlotte, NC 28269
Charlotte, NC 28210-2100

This the 8th day of June, 2015.

_____
THE CUMMINGS LAW FIRM, P.A.
ATTORNEY FOR THE DEBTOR(S)
1230 WEST MOREHEAD STREET, SUITE 404
CHARLOTTE, NORTH CAROLINA 28208
TELEPHONE: (704) 376-2853
NORTH CAROLINA STATE BAR #: 7678