

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 26 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

IN RE:

Gene E. Smith

SSN#: XXX-XX-3191

Chapter 13
CASE NO: 14-32036
Related Court Docket Number: 32

**ORDER**

ON 06/24/2015, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

Gene E. Smith Present
SANDRA U CUMMINGS Present

Hearing is continued to **July 28, 2015.**

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20150624163253:}