**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                         CASE NO: 14-32036
Gene E. Smith

                                                                                           Related Document #: 35

SSN# : XXX-XX-3191

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Order Trustee Motion Dismiss/Convert/Modify has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid.

Dated: June 26, 2015                                                                       M. Greene
                                                                                                Office of the Chapter 13 Trustee

Gene E. Smith, 12238 Wallace Ridge Drive, Charlotte, NC 28269

Total Served: 1